# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **LEVEDA REED**, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>**FISERV, INC.**,<br><br>        Defendant. | Case No. 25-cv-1141<br><br>Hon.<br><br>Mag. |

**PLAINTIFF'S DISCLOSURE STATEMENT PURUSANT TO CIVIL LOCAL RULE 7.1**

The undersigned counsel for Plaintiff Leveda Reed furnishes the following list in accordance with Civil L. R. 7. 1. And Fed. R. Civ. P. 7.1:

1. Leveda Reed

2. Not applicable

3. Walcheske & Luzi, LLC and Sommers Schwartz, P.C.

Dated this 1st day of August, 2025.

                                                                       WALCHESKE & LUZI, LLC
                                                                       Counsel for Plaintiff

                                                                       */s/ James A. Walcheske*
                                                                       James A. Walcheske, State Bar No. 1065635

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com

1